1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   TIFFANY BROWN
6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    )  No. 2:11-cr-00190-MCE
                                )
12           Plaintiff,         )
                                )  STIPULATION AND ORDER VACATING
13    v.                        )  DATE, CONTINUING CASE, AND
                                )  EXCLUDING TIME
14 NICHOLAS RAMIREZ             )
   TIFFANY BROWN,               )
15           Defendants.        )  Date  June 7, 2012
                                )  Time: 9:00 a.m.
16 _____)  Judge: Hon. England

17

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant Tiffany Brown; Attorney Michael Bigelow,

22 Counsel for Nicholas Ramirez, that the status conference scheduled for

23 March 29, 2012, be vacated and the matter be continued to this Court's

24 criminal calendar on June 7, 2012, at 9:00 a.m. for further status.

25     This continuance is requested by the defense in order to permit

26 counsel to continue in negotiations with the prosecution in attempt to

27 reach a resolution, meet with the clients to discuss various

28 resolutions, and to continue the defense investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 7, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 7, 2012  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Tiffany Brown

Dated: June 7, 2012  /S/ Michael Bigelow
MICHAEL BIGELOW
Attorney for
Nicholas Ramirez

Dated: June 7, 2012  /S/ Jason Hitt
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 29, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE