1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   TIFFANY BROWN
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        ) No. CR-S 11-0190 MCE
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER CONTINUING
13     v.                           ) PRELIMINARY HEARING EXAMINATION
                                    )
14                                  ) Date   May 10, 2012
   TIFFANY BROWN,                   ) Time:  2:00 P.M.
15              Defendants.         ) Judge: Duty Magistrate
                                    )
16 _____  )

17      **IT IS HEREBY STIPULATED** by and between Assistant United States
18 Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.
19 Santos, Counsel for Defendant Tiffany Brown; that the preliminary
20 hearing scheduled for May 4, 2012, be vacated and the matter be
21 continued to this Court's criminal calendar on May 10, 2012, at 2:00
22 p.m. for preliminary hearing.
23      This continuance is necessary because Defendant Brown is in
24 Oklahoma on a related case and will not be able to return be the
25 presently scheduled date for hearing.
26      The Court is advised that all counsel have conferred about this
27 request, that they have agreed to the May 10, 2012 date, and that Mr.
28 Hitt has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: May 3, 2012          /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for
                            Tiffany Brown


Dated: May 3, 2012          /S/ Jason Hitt
                            JASON HITT
                            Assistant United States Attorney
                            Attorney for Plaintiff




**O R D E R**

**IT IS SO ORDERED.**

          By the Court,

Dated: May 4, 2012




_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order               2