```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   TIFFANY BROWN
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 11-190 MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) PRELIMINARY HEARING EXAMINATION |
|  | ) |
| TIFFANY BROWN, | ) Date    May 22, 2012 |
| Defendant. | ) Time:   2:00 P.M. |
|  | ) Judge:  Duty Magistrate |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Tiffany Brown; that the preliminary hearing scheduled for May 10, 2012, be vacated and the matter be continued to this Court's criminal calendar on May 22, 2012, at 2:00 p.m. for preliminary hearing.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 10, 2012 date, and that Mr. Hitt has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: May 8, 2012                    /S/ Dina L. Santos
                                      DINA L. SANTOS
                                      Attorney for
                                      Tiffany Brown


Dated: May 8, 2012                     /S/ Jason Hitt
                                      JASON HITT
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

Dated: May 8, 2012
                                      _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE