**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Nicholas Ramirez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        Plaintiff   )<br>)<br>    vs.               )<br>)<br>NICHOLAS RAMIREZ        )<br>)<br>        Defendant    )<br>_____) | No. Cr.S-11-190 MCE<br><br>WAIVER OF PERSONAL APPEARANCE<br><br>AND APPROVAL |

    Pursuant to Federal Rules of Criminal Procedure, Rules 10 and 43(c)(3), defendant, Nicholas Ramirez hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including arraignment on the Superseding Indictment in this case (Fed.Rule.Crim.Proc. Rule 10) except that he will agree to be personally present for any plea of guilty, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

    Defendant Ramirez, hereby requests the court to proceed during every absence of him which the court may permit pursuant

-1-

to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant Ramirez were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant Ramirez further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 of the Speedy Trial Act, and authorized his attorney to set times and delays und the Act without defendant Davis being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

Defendant Ramirez further acknowledges that he has received a copy of the superseding indictment and that he pleads not guilty.

DATED: May 29  2012              /S/NICHOLAS RAMIREZ
                                 Nicholas Ramirez
                                 Defendant

////
////
////
////
////
////
////
////

Michael B. Bigelow, counsel for Nicholas Ramirez agrees with this waiver and acknowledges that defendant Ramirez has received a copy of the superseding indictment and enters a plea of not guilty.

DATED: May 24, 2012 /S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

Note: Document with original signatures maintained with counsel.

**APPROVAL**

**SO APPROVED**

DATED: June 1, 2012.     EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE