JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-190 MCE |
| Plaintiff, | |
| v. | ORDER EXTENDING TIME TO POST PROPERTY BOND |
| FRANK ALIOTO, | |
| Defendant. | |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to August 1, 2012.

IT IS SO ORDERED.

**Date: 7/9/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE