LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile: (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
ANDRE CAWTHORNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>NICHOLAS RAMIREZ, et al., )<br><br>Defendants. ) | Cr. No. S-11-190 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE; FINDING OF<br>EXCLUDABLE TIME<br><br>Date:   August 9, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; defendant Nicholas Ramirez, through counsel Michael B. Bigelow; defendant Ung Duong, through counsel Michael L. Chastaine; defendant Phat Nguyen, through counsel Michael D. Long; defendant Justin Nonoguchi, through counsel Christopher R. Cosca;  defendant Frank Alioto, through counsel John R. Manning; defendant Manuel Keith, through counsel Jan D. Karowsky; defendant Tiffany Brown, through counsel Dina L. Santos; and defendant Andre Cawthorne, through counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. A status conference is currently set for August 9, 2012 at 9:00 a.m.

///

///

- 1 -

2.  By this stipulation, the above-named defendants now move to continue the status conference to November 8, 2012 at 9:00 a.m., and to exclude time between August 9, 2012 and November 8, 2012 under Local Code T2 and T4.  Plaintiff does not oppose this request.

3.  The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a.   This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones.  The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials.  Additionally, the government has provided defense counsel with voluminous wiretap conversations.  Given this large volume of discovery, defense counsel needs additional time to review the discovery and consult with their respective clients.

b.   Counsel for each defendant believes that failure to grant the above-requested continuance would deny their respective client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.   The discovery in this case and the facts of the alleged conspiracy are "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2].  This Court has previously found this case to be "complex" and excluded time pursuant to Local Code T2, and the parties agree to such a finding of complexity.

d.   Plaintiff does not object to the continuance.

e.   Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.   For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 9, 2012 to November 8, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(ii) and (iv); [Local Code T2 and T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding

that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: August 6, 2012       BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff United States

DATED: August 6, 2012       LAW OFFICES OF MICHAEL B. BIGELOW

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant Nicholas Ramirez

DATED: August 6, 2012       LAW OFFICES OF MICHAEL L. CHASTAINE

/s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant Ung Duong

DATED: August 6, 2012       LAW OFFICES OF MICHAEL D. LONG

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant Phat Nguyen

DATED: August 6, 2012       LAW OFFICES OF CHRISTOPHER R. COSCA

/s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant Justin Nonoguchi

DATED: August 6, 2012       LAW OFFICES OF JOHN R. MANNING

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant Frank Alioto

| | |
|---|---|
| DATED: August 6, 2012 | LAW OFFICES OF JAN D. KAROWSKY |

/s/ Jan D. Karowsky
JAN D. KAROWSKY
Attorney for Defendant Manuel Keith

DATED: August 6, 2012                    LAW OFFICES OF DINA L. SANTOS

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant Tiffany Brown

DATED: August 6, 2012                    LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Andre Cawthorne

## ORDER

Pursuant to the foregoing stipulation of counsel, and good cause appearing, IT IS SO

ORDERED.

Dated:  August 8, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE