JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-190 MCE |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME TO POST |
| v. | POST PROPERTY BOND |
| FRANK ALIOTO, | |
| Defendant. | |

On May 2, 2012, the Honorable Kendall J. Newman ordered defendant Frank Alioto released on a $250,000.00 unsecured bond, co-signed by the defendant's mother, Joan Alioto, to be replaced by a secured bond, secured by the real property owned by Mrs. Alioto, within two weeks. On May 23, 2012 a stipulation and proposed order was filed and approved to extend the due date of the filing to May 30, 2012. On June 1, 2012 another stipulation and proposed order was filed and approved to extend the due date of the filing to June 13, 2012. Subsequently, via stipulation, the "due date" was extended to June 27, 2012, August 1, 2012, and August 31, 2012. (The Defense apologizes for the tardy filing of this stipulation.)

The Surety has provided the bond documents, and counsel has provided the documents to the Government. The Government needs additional time to review the documents received from

1

the defense.  Additionally, once the documents are approved the defense will need time to have the deed recorded and file the bond.

      Accordingly the parties agree the deadline for posting the property bond may be extended to October 5, 2012.  This office has contacted Jason Hitt of the U.S. Attorney's Office, and he has no objection to this request.

Dated:  September 6, 2012                 /s/ John R. Manning
                                                                  JOHN R. MANNING
                                                                  Attorney for Defendant
                                                                  Frank Alioto

Dated:  September 6, 2012                 Benjamin B. Wagner
                                                                    United States Attorney

                                                                  by: /s/ Jason Hitt
                                                                  JASON HITT
                                                                  Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-S-11-190 MCE
                               )
      Plaintiff, )
                                 ) ORDER EXTENDING
                                 ) TIME TO POST PROPERTY BOND
v. )
                                 )
FRANK ALIOTO, )
                                 )
     Defendant. )
                                 )
                                 )

      For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to October 5, 2012.

No further extensions.

IT IS SO ORDERED.
Dated: September 7, 2012

                                       /s/ Gregory G. Hollows
                                            Gregory G. Hollows
                                            United States Magistrate Judge