JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS RAMIREZ, et al.,

    Defendants.

No. 2:11-cr-0190 MCE

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT;
FINDINGS THEREON

Date: July 18, 2013
Time: 9:00 a.m.
Judge: Honorable Morrison C. England, Jr.

    The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Nicholas Ramirez, Michael B. Bigelow, Esq., counsel for defendant Ung Duong, Michael L. Chastaine, counsel for defendant Phat Nguyen, Michael D. Long, Esq., counsel for defendant Justin Nonoguchi, Christopher R. Cosca, Esq., counsel for defendant Frank Alioto, John R. Manning, Esq., counsel for defendant Manuel Keith, Jan D. Karowsky, Esq., counsel for defendant Tiffany Brown, Dina L. Santos, Esq., and counsel for defendant Andre Cawthorne, Scott L. Tedmon, Esq., hereby stipulate the following:

  1. By previous order, this matter was set for status conference on May 30, 2013.

2. By this stipulation, defendants now move to continue the status conference until July 18, 2013 and to exclude time between May 30, 2013 and July 18, 2013 under the Local Code T-2 and T-4.

3. The parties agree and stipulate, and request the Court find the following:

   a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones. The government has produced discovery which to date includes over 2,000 pages containing wiretap applications, periodic reports, and investigative materials. Additionally, the government has provided defense counsel with voluminous wiretap conversations. Given this large volume of discovery, the defense counsel needs additional time to review the discovery and consult with their respective clients.

   b. The Government does not object to the continuance.

   c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 30, 2013 to July 18, 2013 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 28, 2013            /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
Nicholas Ramirez

Dated: May 28, 2013            /s/ Michael L. Chaistaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Ung Duong

Dated: May 28, 2013            /s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
Phat Nguyen

Dated: May 28, 2013            /s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
Justin Nonoguchi

Dated: May 28, 2013            /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Frank Alioto

Dated: May 28, 2013            /s/ Jan D. Karowsky
JAN D. KAROWSKY
Attorney for Defendant
Manuel Keith

Dated: May 28, 2013            /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Tiffany Brown

Dated: May 28, 2013      /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant
Andre Cawthorne


Dated: May 28, 2013      Benjamin B. Wagner
United States Attorney

by:/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

In accordance with the foregoing stipulation, IT IS SO FOUND AND ORDERED. The status conference in this matter is hereby continued to July 18, 2013 at 9:00 a.m. in Courtroom No. 7.

DATED: May 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT