IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-0190 MCE |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT FRANK ALIOTO |
| v. | |
| NICHOLAS RAMIREZ, et al., | |
| Defendants. | |

For the reasons set forth in the motion to dismiss filed by the United States (ECF No. 141.), the Indictment against defendant Frank ALIOTO is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Date: September 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT