JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK ALIOTO,<br><br>    Defendant. | No. 2:11 CR 190 MCE<br><br>APPLICATION AND ORDER REQUESTING RELEASE OF DEFENDANT'S PASSPORT |

On September 13, 2013, a motion to dismiss the indictment against Mr. Alioto in the above captioned matter was granted. Mr. Alioto was ordered to submit his passport to the clerk's office as part of the conditions of his release. Accordingly, now that the matter has been dismissed, Mr. Alioto requests the release and return of his passport.

DATED: September 17, 2013      /s/ John R. Manning
                                          Attorney for Defendant
                                          Frank Alioto

IT IS SO ORDERED.

Dated: September 17, 2013

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE