Jan David Karowsky
Attorney at Law
A Professional Corporation
716 19th Street, Ste. 100
Sacramento, CA  95811
(916) 447-1134
(916) 448-0265
KarowskyLaw@sbcglobal.net

Attorney for Defendant
Manuel Keith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-190 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS |
| v. | |
| NICHOLAS RAMIREZ, et al., | Date: November 7, 2013 |
| Defendants. | Time: 9:00 a.m. Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Nicholas Ramirez, Michael B. Bigelow, Esq., counsel for defendant Ung Duong, Michael L. Chastaine, counsel for defendant Phat Nguyen, Michael D. Long, Esq., counsel for defendant Justin Nonoguchi, Christopher R. Cosca, Esq., counsel for defendant Manuel Keith, Jan D. Karowsky, Esq., counsel for defendant Tiffany Brown, Dina L. Santos, Esq., and counsel for defendant Andre Cawthorne, Scott L. Tedmon, Esq., hereby stipulate to the following:

1.  By previous order, this matter was set for status conference on November 7, 2013.

1

2. By this stipulation, defendants now move to continue the status conference until January 9, 2014 and to exclude time between November 7, 2013 and January 9, 2014 under the Local Code T-2 and T-4.

3. The parties agree and stipulate, and request the Court find the following:

    a. This case was the product of a lengthy investigation in which wiretaps were utilized on multiple telephones. The government has produced discovery which to date includes 1,952 pages containing wiretap applications, periodic reports, and investigative materials. Additionally, the government has provided defense counsel with voluminous wiretap conversations. Given this large volume of discovery, the defense counsel needs additional time to review the discovery and consult with their respective clients. Additionally, a continuance now will provide the government and defense counsel the final needed time to negotiate and hopefully, finalize, plea agreements. Further, relative to at least one defendant, certain additional laboratory reports are still to be discovered.

    b. It is expected that the government will be able to provide plea agreements to almost all defendants and guilty pleas are hoped to be entered at the next status conference.

    c. The Government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 7, 2013 to January 9, 2014 inclusive, is deemed excludable pursuant to 18

United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-2 and T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. All attorneys have authorized Jan Karowsky to sign their names to the instant stipulation.

IT IS SO STIPULATED.


Dated: November 5, 2013                          /s/ Michael B. Bigelow
                                                 MICHAEL B. BIGELOW
                                                 Attorney for Defendant
                                                 Nicholas Ramirez

Dated: November 5, 2013                          /s/ Michael L. Chastaine
                                                 MICHAEL L. CHASTAINE
                                                 Attorney for Defendant
                                                 Ung Duong

Dated: November 5, 2013                          /s/ Michael D. Long
                                                 MICHAEL D. LONG
                                                 Attorney for Defendant
                                                 Phat Nguyen

Dated: November 5, 2013                          /s/ Christopher R. Cosca
                                                 CHRISTOPHER R. COSCA
                                                 Attorney for Defendant
                                                 Justin Nonoguchi

Dated: November 5, 2013                          /s/ Jan D. Karowsky
                                                 JAN D. KAROWSKY
                                                 Attorney for Defendant
                                                 Manuel Keith

Dated: November 5, 2013

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Tiffany Brown

Dated: November 5, 2013

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant
Andre Cawthorne

Dated: November 5, 2013

Benjamin B. Wagner
United States Attorney

by:/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT